**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

IN RE:

BRUCE DON BURTOFF,                          CASE NO. 12-18881-BKC-RBR
                                                             CHAPTER 7

    Debtor(s).
_____/

## *CERTIFICATE OF SERVICE*

**I HEREBY CERTIFY** that a true and correct copy of the *First Application for Interim Comepensation of Marcum, LLP, Accountant for Chapter 7 Trustee* **[D.E. 244],** and the *Notice of Hearing for First Application for Interim Comepensation of Marcum, LLP, Accountant for Chapter 7 Trustee, Period: 10/23/2012 to 07/10/2013*, *Fee: $8,547.50, Expenses: $0.00* **[D.E. 245]** scheduled for September 4, 2013 at 9:30 a.m. was served to those parties on the attached label matrix for local noticing via U.S. mail and/or by the court's CM/ECF system on the 7th day of August, 2013.

                                                        /s/ Barry E. Mukamal
                                                        BARRY E. MUKAMAL
                                                        Marcum LLP
                                                        One Southeast Third Avenue
                                                        10th Floor
                                                        Miami, Florida  33131
                                                        (561) 995-9600

```
Label Matrix for local noticing          Alfred I, Tauber                          Alfred Tauber, Successor Trustee
113C-0                                   c/o The Laszlo N. Tauber Family Foundati  Lazlo N. Tauber, deceased
Case 12-18881-RBR                        6000 Executive Blvd., # 600               15 Hardy Lane
Southern District of Florida             N. Bethseda, MD 20852-3818                Boscuwen, NH 03303-2900
Fort Lauderdale
Fri Jul 12 09:54:42 EDT 2013

Bank of America                          Broward County Tax Collector              Chase Mortgage
POB 851001                               115 South Andrews Avenue                  POB 78420
Dallas, TX 75285-1001                    Room 111                                  Phoenix, AZ 85062-8420
                                         Fort Lauderdale, FL 33301-1801


Crowley, Hoge & Fein, POC                Daniel Koch and Diane Fox, Esq.           David Albert & Associates, LLC
1710 Rhode Island Avenue, NW, 7th Floor  Paley Rothman                             6903 Rockledge, Ste 1200
Washington, DC 20036-3125                4800 Hampden Lane, 7th Floor              Bethesda, MD 20817-1848
                                         Bethesda, MD 20814-2930


Dennis A Davison, Esq.                   FIA Card Services, N.A. as successor to   Ingrid Tauber
Timothy K. Halloran, Esq                 Bank of America, N.A. (USA)               19 25th Avenue North
McKenna, Long and Aldridge, LLP          and MBNA America Bank, N.A.               San Francisco, CA 94121-1104
1900 K Street, NW                        PO Box 15102
Washington, DC 20006-1102                Wilmington, DE 19886-5102

Internal Revenue Service                 Jane Moretz-Edmisten, Esq                 Mary Burtoff
POB 7346                                 4530 Wisconsin Avenue NW, #210            1524 SE 11th Street
Philadelphia, PA 19101-7346              Washington, DC 20016-4674                 Fort Lauderdale, FL 33316-1442


McCammon Group                           McKenna, Long & Aldridge, LLP             Office of the US Trustee
Judge Viregg                             Timothy K. Halloran                       51 S.W. 1st Ave.
Reynolds Buolding                        1900 K Street, NW                         Suite 1204
6641 W Broad Street, # 400               Washington, DC 20006-1102                 Miami, FL 33130-1614
Richmond, VA 23230-1728

Paley Rothman                            Paley Rothman Goldstein Rosenberg Eig &   Ruden McClosky, PA
4800 Hampden Lane, 7th Floor             Attn: Glenn M. Cooper, Esquire            200 East Broward Blvd.
Bethesda, MD 20814-2930                  4800 Hampden Lane                         POB 1900
                                         7th Floor                                 Fort Lauderdale, FL 33302-1900
                                         Bethesda, MD 20814-2930

The Laszlo N. Tauber Revocable Trust     The Lazlo N Tauber                        Zurich Insurance
Alfred I Tauber, Trustee and             Family Foundation                         1400 American Lane
Ingrid D. Tauber, Ph.D., Trustee         6000 Executive Blvd.                      Schaumburg, IL 60196-5452
c/o D. A. Davison, Esq.; McKenna Long    Suite 600
1900 K Street NW                         Bethesda, MD 20852-3818
Washington, DC 20006-1110

Bruce Don Burtoff                        Dennis A Davison                          James B Davis
1524 SE 11th Street                      1900 K Street NW                          450 E las Olas Blvd #1450
Fort Lauderdale, FL 33316-1442           Washington, DC 20006-1110                 Fort Lauderdale, FL 33301-2292


Kevin C Gleason Esq                      Scott N Brown
4121 N 31 Ave.                           14 NE 1 Ave PH
Hollywood, FL 33021-2011                 Miami, FL 33132-2547
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alfred I. Tauber, as successor trustee for      (u)Dave Albert                             (u)Ingrid Tauber
                                                   *** per de 13 ***                          *** Per DE# 13 ***


(u)Trustees Coch and Fox                           End of Label Matrix
*** Per DE# 13 ***                                 Mailable recipients    28
                                                   Bypassed recipients     4
                                                   Total                  32
```